IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  5:25-CR-470 (BKS) |
| | ) |
| v. | ) **Information** |
| | ) |
| **JAMES DUNN,** | ) Violation:    18 U.S.C. § 2250(a) |
| | )                    [Failure to Register] |
| **Defendant.** | ) |
| | ) One Count |
| | ) |
| | ) Counties of Offenses:   Jefferson |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Failure to Register]**

From on or about September 5, 2024, through on or about October 23, 2025, in Jefferson County in the Northern District of New York, the defendant, **JAMES DUNN**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register and update his registration as required, in that **DUNN** moved from Oklahoma to New York and did not register his residential address, in violation of 18 U.S.C. § 2250(a).

Dated: December 16, 2025

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
Acting United States Attorney

By:   *s/ Adrian LaRochelle*

Adrian S. LaRochelle
Assistant United States Attorney
Bar Roll No. 701266